**Order entered September 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00029-CR

### JORGE LUIS ALEJANDRO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 5
### Dallas County, Texas
### Trial Court Cause No. F13-58523-L

## ORDER

The Court **REINSTATES** the appeal.

On July 30, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by court-appointed counsel J. Daniel Oliphant; (3) Mr. Oliphant's explanation for the delay in filing appellant's brief is his workload; and (4) Mr. Oliphant will file appellant's brief by October 3, 2014.

We **ORDER** appellant to file his brief by **OCTOBER 3, 2014**. Because appellant's brief is already five months overdue, no further extensions will be granted. If the brief is not filed by the date specified, the Court will utilize the available remedies to obtain appellant's brief.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
           JUSTICE